UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SCOTT BONARRIGO et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 14-cv-14364-IT |
| | * | |
| LUCRAZON GLOBAL LLC and | * | |
| LUCRAZON, LLC, | * | |
| | * | |
| Defendants. | * | |

## ORDER

TALWANI, D.J.

By February 24, 2015, Plaintiffs are directed to file the following:

1. A certification either confirming that the information set forth in <u>Plaintiffs' Notice Re: Membership of LLC and Corporate Plaintiffs</u> [#21] is correct as of the time the LLC and Corporate Plaintiffs joined this action, or providing corrected information as to the citizenship of each member of such Plaintiffs at the time the amended complaint was filed; and

2. A second amended complaint, which adds allegations as to personal jurisdiction over Defendants, or an additional affidavit with facts demonstrating this court's personal jurisdiction over Defendants.

IT IS SO ORDERED.

February 11, 2016                                                    /s/ Indira Talwani
                                                                             United States District Judge